1  J. CHRISTOPHER JORGENSEN, ESQ.
   STATE BAR NO. 5382
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Ste. 600
3  Las Vegas, NV  89169
   (702) 949-8200
4  (702) 949-8398/fax

5  Attorneys for Defendants

6

                    UNITED STATES DISTRICT COURT
7
                    FOR THE DISTRICT OF NEVADA
8

9  THOMAS F. PRICE and TERRY L. PRICE,        Case:  2:10-cv-00101-PMP-LRL
   individually and as husband and wife,
10
                            Plaintiffs,
11
           vs.
12                                            **ORDER**

   COUNTRYWIDE HOME LOANS, INC., a
13 foreign corporation; BANK OF AMERICA
   CORPORATION, a foreign corporation;
14 RECONTRUST COMPANY, a Nevada
   corporation, et al.,
15
                            Defendants.
16

17        On February 1, 2010 Defendants Countrywide Home Loans, Inc., Bank of America

18 Corporation and Recontrust Company (collectively "Defendants") filed a Motion to Dismiss

19 [#10]; and on February 17, 2010 Plaintiffs filed a Motion to Remand [#13].

20        On May 5, 2010 a hearing was conducted on said Motions; after the arguments of counsel;

21        IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand [#13] is denied; and

22        IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [#10] is denied without

23 prejudice to renew upon completion of the Nevada Foreclosure Mediation Program, to be held

24 within the next 90 days.

25

26                                            _____
                                              U.S. DISTRICT COURT JUDGE
27                                            DATED: May 18, 2010

28

1

Respectfully submitted by:

2

LEWIS AND ROCA LLP

3

4

By

5

J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-2-

444762