1   J. CHRISTOPHER JORGENSEN, ESQ.
    STATE BAR NO. 5382
2   LEWIS AND ROCA LLP
    3993 Howard Hughes Pkwy., Ste. 600
3   Las Vegas, NV  89169
    (702) 949-8200
4   (702) 949-8398/fax

5   *Attorneys for Defendants*

6                  **UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF NEVADA**

8   THOMAS F. PRICE and TERRY L. PRICE,          Case:  2:10-cv-00101-PMP-LRL
    individually and as husband and wife,
9
                                    Plaintiffs,
10
11         vs.

12  COUNTRYWIDE HOME LOANS, INC., a          **ORDER CANCELING LIS PENDENS**
    foreign corporation; BANK OF AMERICA
13  CORPORATION, a foreign corporation;
    RECONTRUST COMPANY, a Nevada
14  corporation, et al.,

15                                  Defendants.

16         This Court signed a Stipulation and Order for Dismissal with Prejudice October 1, 2010.

17  Defendants Countrywide Home Loans, Inc., Bank of America Corporation and Recontrust

18  Company ("Defendants") further request that the lis pendens, currently recorded against the

19  subject property by Thomas Price and Terry Price ("Plaintiffs") be canceled.

20         The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on

21  or about December 11, 2009, in Book No. 20091211 as Instrument No. 0004332 in the real

22  property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached

23  hereto as Exhibit "A."

24         UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good

25  cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as

26  follows:

27         1.      IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby

28  cancelled, released, and expunged.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

444762

1        2.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order

2 canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3        3.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants

4 record a properly certified copy of this cancellation order in the real property records of Clark

5 County, Nevada within a reasonable amount of time from the date of this order's issue.

6        ENTERED this _30th_ day of December, 2010.

By _____

DISTRICT COURT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: _/s/ J. Christopher Jorgensen_
    J. CHRISTOPHER JORGENSEN, ESQ.
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

_Attorneys for Defendants_

EXHIBIT "A"

EXHIBIT "A"

Inst #: **200912110004332**
Fees: **$16.00**
N/C Fee: **$0.00**
12/11/2009 04:50:00 PM
Receipt #: 159394
Requestor:
**TAYLOR RANDOLPH**
Recorded By: DXI   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

③

APN# 124-20-210-022

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Lis. Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

Taylor Randolph, Esr

**Return Documents To:**

Name Taylor Randolph

Address 1835 Village Center Cr

City/State/Zip Las Vegas, NV 89134

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

1  APN    124-20-210-022

2  When Recorded Return to:

3  **TAYLOR L. RANDOLPH, ESQ.**
   **RANDOLPH LAW FIRM, PC**
4  Nevada Bar No. 10194
   1835 Village Center Circle
5  Las Vegas, NV 89134
   Tel: 702-556-2034
6  Fax: 702-382-8891
   *Attorney for Plaintiff*

7

**FILED**

**DEC 1 1 2009**

CLERK OF COURT

8                          **DISTRICT COURT**

9                       **CLARK COUNTY, NEVADA**

10  THOMAS F. PRICE and TERRY L. PRICE,      CASE NO. A-09-605791-C
    individually and as husband and wife,      DEPT. NO. XVIII
11
                        Plaintiffs,
12
    vs.                                        **NOTICE OF PENDENCY OF ACTION**
13                                             **(LIS PENDENS)**
    COUNTRYWIDE HOME LOANS, INC., a
14  Foreign Corporation; BANK OF AMERICA
    CORPORATION, a Foreign Corporation;
15  RECONTRUST COMPANY, a Nevada
    Corporation JOHN DOES I-V; and DOE
16  CORPORATIONS I through X inclusive,

17                      Defendants.

18        NOTICE is hereby given that an action has been commenced and is now pending in this court

19  on the Complaint of the above-named Plaintiffs against the above-named Defendants, seeking that

20  the title to certain real properties belonging to certain Defendants be foreclosed and/or transferred to

21  Plaintiff.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

                                    1                    Notice_Lis Pendens.wpd

1     The real properties in the County of Clark affected thereby are particularly described as

2  follows:

3     6826 Dovecote Avenue
      North Las Vegas, NV 89084

4     APN: 124-20-210-022

5     DATED this ____ day of December, 2009.

6

7                                         RANDOLPH LAW FIRM, PC

8     By_____

9     **TAYLOR L. RANDOLPH, ESQ.**
      Nevada Bar No. 10194

10    1835 Village Center Circle
      Las Vegas, NV 89134

11    Tel: 702-556-2034
      Fax: 702-382-8891

12    Attorney for Plaintiff

13

14                                         CERTIFIED COPY
                                           DOCUMENT ATTACHED IS A
15                                         TRUE AND CORRECT COPY
                                           OF THE ORIGINAL ON FILE
16
                                           CLERK OF THE COURT
17

18

19

20

21

22

23

24

25

26

27

28

2          Notice_Lis Pendens.wpd

*(left margin, vertical text)* RANDOLPH LAW FIRM, PC
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 556-2034 · Fax 382-8891